B18 (Official Form 18)
(12/94)

E O D AUG 10 1998

# United States Bankruptcy Court

### Northern District of Illinois, Eastern Division

In re:   )
         )
FRYER, LAWRENCE G   )   Bankruptcy Case No. 98B11777
SSN: 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   EIN: NA   )
         )   Chapter 7
         )

## DISCHARGE OF DEBTOR

It appears that a petition commencing a case under title 11, United States Code, was filed by or against the person named above on April 16, 1998, that an order for relief was entered under chapter 7, and that no complaint objecting to the discharge of the debtor was filed within the time fixed by the court [*or* that a complaint objecting to discharge of the debtor was filed and, after due notice and hearing, was not sustained].

**IT IS ORDERED THAT:**

1. The above-named debtor is released from all dischargeable debts.

2. Any judgment heretofore or hereafter obtained in any court other than this court is null and void as a determination of the personal liability of the debtor with respect to any of the following:

   (a) debts dischargeable under 11 U.S.C. § 523;

   (b) unless heretofore or hereafter determined by order of this court to be nondischargeable, debts alleged to be excepted from discharge under clauses (2), (4), (6) and, in cases originally filed on or after October 22, 1994, (15) of 11 U.S.C. § 523 (a);

   (c) debts determined by this court to be discharged.

3. All creditors whose debts are discharged by this order and all creditors whose judgments are declared null and void by paragraph 2 above are enjoined from instituting or continuing any action or employing any process or engaging in any act to collect such debts as personal liabilities of the above-named debtor.

BY THE COURT

*[signature]*
Ronald Barliant
United States Bankruptcy Judge

Dated: 08/05/98

405011889

4/95 BNC

**TRACOR**
11400 Commerce Park Drive
Reston, Virginia 22091-1506

# CERTIFICATE OF SERVICE

E O D AUG 10 1998

```
District/off: 0752-1        User: KR              Page 1 of 1         Date Rcvd: Aug 04, 1998
Case: 98-11777              Form ID: DIS-02       Total Served: 15
```

The following entities were served by first class mail on Aug 05, 1998.
```
DA      DAVID M SIEGEL,    POB 2505,    NORTHBROOK, IL 60065
D       FRYER, LAWRENCE G,    1160 S MASON #202,    CHICAGO, IL 60644
T       ROBERT B KATZ, ESQ,    135 S LASALLE STE 3600,    CHICAGO, IL 60603
1       NATIONWIDE COMMERCIAL,    3435 N CICERO AVE,    RE: CENTRAL FURNITURE MART,    CHICAGO, IL 60641
2       AUROA AUTO SALES,    52 S LAKE ST,    AURORA, IL 60506
3       BMG MUSIC SERVICE CENTER,    PO BOX 1958,    INDIANAPOLIS, IN 46291
4       CIRCUIT CITY,    C/O FNANB,    PO BOX 52239,    PHOENIX, AZ 85072
5       COLUMBIA HOUSE,    1400 N FRUITRIDGE AVE,    TERRE HAUTE, IN 47811
6       CONDOR CAPITAL CORP,    800 S OYSTER BAY RD,    HICKSVILLE, NY 11801
7       CREDIT PROTECTION ASSOCIATION,    14001 N DALLAS PARKWAY,    RE: PRIME CABLE OF CHICAGO,
        DALLAS, TX 75240
8       MERCHANTS CREDIT GUIDE COMPANY,    223 W JACKSON BLVD,    RE: BMG MUSIC,    CHICAGO, IL 60606
9       MITSUBISHI MOTORS CREDIT,    PO BOX 8044,    CYPRESS, CA 90630
10      NORTH SHORE AGENCY,    PO BOX 260002,    RE: COLUMBIA HOUSE,    GREAT NECK, NY 11026
11      PRIME CABLE OF CHICAGO,    4501 W IRVING PARK RD,    CHICAGO, IL 60641
12      UNITED CREDITORS ALLIANCE CORP,    670 MORRISON RD,    RE: CIRCUIT CITY,    GAHANNA, OH 43230
```

The following entities were served by electronic transmission.
NONE.                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

# FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

AUG 0 6 1998

WAYNE E. NELSON, CLERK
BY_____
         DEPUTY CLERK

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: 08/05/98                          Signature: *Joseph Speetjens*

405011890